Defendant 7
Song, Qihong; 1:24-mj-00244-JCN

# 上海市公安局案(事)件接报回执

编号：〔2024〕879010

| 报警人 | 姓名 | 王雨丰 |
|---|---|---|
| | 联系地址 | 上海市黄浦区打浦路666弄2号1201室 |
| | 联系电话 | 15901999901 |
| 报警时间 | | 2024年7月30日 16时30分0秒 |

报案内容：2024年7月30日16时30分许，报警人王雨丰来所报案称，其母亲宋琦红（前中国身份证号：310225197001125626，已注销户籍，比利时护照号：GA1950929）于2023年3月委托一名叫上海环翰企业管理有限公司的企业办理其移民比利时相关事宜，后于2023年7月份被告知办理成功，并获得一本比利时护照（护照号：GA1950929）、比利时身份证（70.01.12-852.39），至2024年7月前，其母亲宋琦红多次使用该比利时护照出入泰国、法国、比利时等地，后其母宋琦红于2024年7月份入境美国、加拿大时，因以比利时护照系伪造、变造为由而被美国警方拘留，故现王雨丰来所报案，认为上海环翰企业管理有限公司在帮助其母亲办理移民比利时期间存在伪造、变造国家机关证件。

案(事)件进展情况查询方式：

您可通过来电、来人问询（联系人： 翁朕 ，联系方式： 18018831821 ），或者网上查询（登陆网址 https://gaj.sh.gov.cn/shga/ajcx，或扫描下方二维码）的方式获知案(事)件进展情况。

| 接报部门 | 上海市公安局普陀分局长风新村派出所 | | |
|---|---|---|---|
| 接报民警签名 | [签名] | 警号 | 029042 |
| 联系电话 | 22048483 | | |
| 部门监督电话 | 18018838091 | | |
| 市局警务监督电话 | | | |

接报日期：2024年7月30日

（交报警人联）

[印章：上海市公安局普陀分局 案(事)件接报章(06)]



说明：

1、本回执单仅证明本公安机关已经接到报警人所报告的情况，不做其他任何证明。

2、公安机关对所接报的情况，将按照法定程序和相关法律法规，审查后做出相应的处理。

3、如有任何意见，可拨打所在地公安机关监督部门投诉电话反映情况。

4、此回执单上有您个人信息的记录，请妥善保管。

*Translated from Chinese*

## Shanghai Municipal Public Security Bureau Case Report Receipt

REF No. [2024] 879010

| Complainant | Name | WANG Yufeng |
|---|---|---|
| | Address | Room 1201, Building 2, Lane 666, Dapu Road, Huangpu District, Shanghai |
| | Phone | 15901999901 |
| Date and Time | | 16:30:00, July 30, 2024 |

Complaint:

On July 30, 2024, at around 4:30 PM, Mr. WANG Yufeng filed a police report. He stated that his mother, Ms. SONG Qihong (previously deregistered China household registration with Chinese ID No. 310225197001125626; Belgian passport No. GA1950929), had entrusted a company named Shanghai Huanhan Enterprise Management Co., Ltd. in March 2023 to handle her immigration to Belgium. In July 2023, she was informed that the process had been successful and was issued a Belgian passport (No. GA1950929) and Belgian ID card (No. 70.01.12-852.39). By July 2024, Ms. Song had used the Belgian passport multiple times to travel to countries such as Thailand, France, and Belgium. However, when she attempted to enter the United States and Canada in July 2024, she was detained by US law enforcement who suspected her Belgian passport to be counterfeit or altered. As a result, Mr. Wang is now reporting this incident, alleging that Shanghai Huanhan may have forged or altered official government documents during the process of assisting his mother with her immigration to Belgium.

> Case Receipt Chop 06
> Shanghai Municipal Public Security Bureau Putuo Branch

Ways to inquire about the progress of your case:

You can be informed of the progress of your case by calling us, asking questions in person (contact WENG Zhen at 18018831821), or checking online (at https://gaj.sh.gov.cn/shga/ajcx or scan the following QR code).

| Police Department | Changfeng Xincun Police Station, Putuo Branch, Shanghai Municipal Public Security Bureau | | |
|---|---|---|---|
| Officer Signature | *XIAO Changjian* | Officer No. | 029042 |
| Phone | 22048483 | | |
| Supervision Dept. Phone | 18018838091 | | |
| Municipal Supervision Dept. Phone | | | |

The date the report was received: July 30, 2024

(Copy provided to the complainant)

Note:
1. This receipt only proves that this public security organ has received the situation reported by the complainant, and does not serve as any other proof.
2. The public security organ will review the reported situation according to the legal procedures and relevant laws and regulations, and then make corresponding handling.
3. If you have any opinions, you can call the supervision department of the local public security organ to report the situation.

**Translated from Chinese**

4. This receipt contains your personal information. Please keep it safe.