本人委托该比利时护照去注销中国户口。

将于周一.7月8日归还护照。

若因此延误导致签证逾期非法居留。

将由本人自己承担后果。

[签名]

2024.7.5

Translated from Chinese

I will use this Belgian passport to deregister my Chinese household registration, and I will return the passport on Monday, July 8th. If it is delayed and results in visa expiration and unauthorized stay in a country, I will take responsibility.

SONG Qihong

2024.7.5
