**Defendant 9**
Song, Qihong; 1:24-mj-00244-JCN
exhibitsticker.com



# 注意事项

一、居民户口簿具有证明公民身份状况以及家庭成员间相互关系的法律效力，是户口登记机关进行户籍调查、核对的主要依据。户口登记机关工作人员进行户籍调查、核对时，户主或本户成员应主动交验居民户口簿。

二、户主对居民户口簿应妥善保管，严禁私自涂改、转让、出借。如有遗失，须立即报告户口登记机关。

三、居民户口簿登记权属于户口登记机关，其他任何单位和个人不得在簿上作任何记载。

四、本户如有人员增减或者登记事项发生变动，应持居民户口簿到户口登记机关申报登记。

五、全户迁出户口管辖区的，应向户口登记机关缴销居民户口簿。



No 007477652

| 户 别 | 非农家庭户口 | 户主姓名 | 宋正芳 |
| 户 号 | 010634 | 住 址 | 上海市南汇区芦潮港镇庙港村1175号 |

承办人签章：          200年   08月   31日   换发

1



## 登记事项变更和更正记载

| 项　　目 | 变　更、更　正　后 | 变动日期 | 承办人签章 |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

4

## 常住人口登记卡

非农家庭户口　　　　登记日期：2007年08月3[?]

| 姓　　　名 | 徐月丽 | 户主或与户主关系 | 妻 |
|---|---|---|---|
| 曾　用　名 |  | 性　　别 | 女性 |
| 出　生　地 | 上海市南汇县 | 民　　族 | 汉族 |
| 籍　　　贯 | 上海市南汇县 | 出生日期 | 1945年12月20日 |
| 本市(县)其他住址 | 莲安西路108弄4号301室 | 宗教信仰 |  |
| 公民身份证件编号 | 310225194512205640 | 身　高 | 160 | 血型 |  |
| 文化程度 | 小学 | 婚姻状况 | 未正芳 | 兵役状况 |  |
| 服务处所 | 庙港村13组 |  | 职　业 | 茶衣、果衣、桑衣 |
| 何时由何地迁来本市(县) |  |  |  |
| 何时由何地迁来本址 | 1971.3.5 泥城建于蒋村3组 |  |  |

承办人签章：　　　　　　　　　　　　登记日期：　　年　　月　　日

## 登记事项变更和更正记载

| 项　　　　目 | 变　更、更　正　后 | 变动日期 | 承办人签章 |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

6

非农家庭户口　　　　**常 住 人 口 登 记 卡**　　登记日期:2007年08月31日

| 姓　　　　名 | 王晋源 | 户主或与户主关系 | 女婿 |
|---|---|---|---|
| 曾　用　　名 |  | 性　　　别 | 男性 |
| 出　生　地 | 浙江省义乌市 | 民　　　族 | 汉族 |
| 籍　　　贯 | 浙江省义乌市 | 出　生　日　期 | 1968年05月26日 |
| 本市(县)其他住址 |  | 宗教信仰 |  |
| 公民身份证件编号 | 310104196805264056 | 身　高 | 170 | 血　型 | |
| 文化程度 | 大学本科 (简称大学) | 婚姻状况 | 宋琦红 | 兵役状况 | |
| 服务处所 | 上海北连食品有限公司 | | 职　　业 | 城镇、街道、乡镇 |
| 何时由何地迁来本市（县） | | | | |
| 何时由何地迁来本址 | 2007年08月31日 瑞金南路333弄8号401室 | | | |

承办人签章:　　　　　　　　7　　　　登记日期:　　年　　月　　日

## 登记事项变更和更正记载

| 项　　目 | 变　更、更　正　后 | 变动日期 | 承办人签章 |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

8

非农家庭户口　　　**常住人口登记卡**　　登记日期：2007年08月3

| 姓　　　　名 | 宋琦红 | 户主或与户主关系 | 女 |
|---|---|---|---|
| 曾　用　名 |  | 性　　别 | 女性 |
| 出　生　地 | 上海市南汇县 | 民　　族 | 汉族 |
| 籍　　　贯 | 上海市南汇县 | 出　生　日　期 | 1970年01月12日 |
| 本市(县)其他住址 |  | 宗教信仰 |  |
| 公民身份证件编号 | 310225197001125626 | 身　高 | 150 | 血　型 |  |
| 文 化 程 度 | 大学本科（简称大学）婚姻状况 | 王晋源 兵役状况 |  |
| 服　务　处　所 |  | 职　　业 | 待业 |
| 何时由何地迁来本市(县) |  |  |  |
| 何时由何地迁来本址 | 2004年12月17日 高桥镇上炼一村29号102室 |  |  |
| 承办人签章： | 9 | 登记日期： | 年　月　日 |

(红章: 注销)



## 登记事项变更和更正记载

| 项　　目 | 变　更　、　更　正　后 | 变动日期 | 承办人签章 |
|---|---|---|---|
| 宋琦红于2024年7月5日因出国定居注销户口。 | | | |

10

## 常住人口登记卡

登记日期：2007年08月31

| 姓　　　　名 | | 户主或与户主关系 | 外孙子 |
|---|---|---|---|
| 曾　用　名 | 上海市浦东新区 | 性　别 | 男性 |
| 出　生　地 | 浙江省义乌市 | 民　族 | 汉族 |
| 籍　　　　贯 | | 出生日期 | 1996年07月22日 |
| 本市(县)其他住址 | | 宗教信仰 | 无宗教信仰 |
| 公民身份证件编号 | 310115199607225630 | 身　高 | 不明 |
| 文化程度 | 上初中 | 婚姻状况 | 未婚 | 血　型 | |
| 服务处所 | | 兵役状况 | |
| | | 职　业 | 学生 |
| 何时由何地迁来本市(县) | 2007年08月31日 瑞金南路333弄8号401室 | | |
| 何时由何地迁来本址 | | | |
| 承办人签章： | | 登记日期：　　年　　月　　日 |

11



## 登记事项变更和更正记载

| 项　　　目 | 变　更、更　正　后 | 变动日期 | 承办人签章 |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

12

## 常住人口登记卡

| 姓　　　　名 |  | 户主或与户主关系 |  |
|---|---|---|---|
| 曾　用　名 |  | 性　　　别 |  |
| 出　生　地 |  | 民　　　族 |  |
| 籍　　　贯 |  | 出　生　日　期 |  |
| 本市(县)其他住址 |  | 宗教信仰 |  |
| 公民身份证件编号 |  | 身　高 |  | 血　型 |  |
| 文　化　程　度 |  | 婚姻状况 |  | 兵役状况 |  |
| 服　务　处　所 |  |  | 职　业 |  |
| 何时由何地迁来本市(县) |  |
| 何时由何地迁来本址 |  |

承办人签章：　　　　　　　　13　　　　　　登记日期：　　年　月　日





| 项　　目 | 变　更、更　正　后 | 变动日期 | 承办人签章 |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

登记事项变更和更正记载

16

Translated from Chinese

# Household Register

# Under Supervision of The Ministry of Public Security of P. R.C.

Translated from Chinese

## Instructions

I.   The resident household register has legal effect in proving the citizen's identity status and the relationship between family members. It is the main basis for the household registration authority to conduct household registration investigations and verification. When the household registration authority conducts household registration investigations and verifications, the registered head of the household or members of the household should actively present the resident household register for inspection.

II.  The head of the household should properly keep the resident household register and strictly prohibit private alteration, transfer, or lending. In case of loss, the household registration authority should be immediately reported.

III. The right to register the resident household register belongs to the household registration authority. No other entity or individual shall make any records in the register.

IV.  If there are any additions or deletions of personnel or changes in registered matters in this household, the resident household register should be brought to the household registration authority for registration.

V.   If the entire household moves out of the jurisdiction of the household registration authority, the resident household register should be returned to the household registration authority for cancellation.

No.007477652

| Type of Household | Non-agricultural | Head of the Household | SONG Zhengfang |
|---|---|---|---|
| Household No. | 010634 | Address | 1175 Miao Gang Village, Luchaogang Town, Nanhui District, Shanghai |

**Shanghai Municipal Public Security Bureau Household Register Stamp**

**Shanghai Municipal Public Security Bureau Household Register Stamp**
**Luchaogang Police Station**

Undertaker Signature:                    Reissued on August 31, 2007

1

Translated from Chinese

## Change of Address Registration

| Address Updated | Date of Change | Undertaker Signature |
|---|---|---|
|  |  |  |
|  |  |  |
| 2 |  |  |

Non-agricultural Household

## Permanent Resident Registration

Date of Registration: August 31, 2007

| | | | |
|---|---|---|---|
| Name | SONG Zhengfang | Head of the Household, or Relationship with the Head of the Household | Head of the Household |
| Former Name(s) | | Sex | Male |
| Place of Birth | Nanhui County, Shanghai | Ethnicity | Han |
| Place of Origin | Nanhui County, Shanghai | Date of Birth | October 10, 1943 |
| Other Address(es) in this City (County) | | Religion | |
| ID No. | 310225194310105617 | Height | 164 | Blood Type | |
| Educational Level | Junior High School | Marital Status | XU Yueli | Military Service | |
| Service Place | Miao Gang Cun Group 13 | Occupation | Tea Grower/Fruit Grower/Mulberry Planter |
| When and from Where Moved into this City | | | |
| When and from Where Moved into the Current Address | March 5, 1971 Household separated in this group **Household Register Stamp of Luchaogang Police Station** | | |
| Undertaker Signature: | 3 | Date of Registration: ___year___month___day | |

Translated from Chinese

## Registration Item Change and Correction Certificate

| Item | Changed into | Date of Change | Undertaker Signature |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
| 4 |  |  |  |

Non-agricultural Household

## Permanent Resident Registration

Date of Registration: August 31, 2007

| Name | XU Yueli | Head of the Household, or Relationship with the Head of the Household | Wife |
|---|---|---|---|
| Former Name(s) |  | Sex | Female |
| Place of Birth | Nanhui County, Shanghai | Ethnicity | Han |
| Place of Origin | Nanhui County, Shanghai | Date of Birth | December 20, 1945 |
| Other Address(es) in this City (County) | Room 301, Unit 4, Lane 108, West Lian An Road | Religion |  |
| ID No. | 310225194512205640 | Height | 160 | Blood Type |  |
| Educational Level | Primary School | Marital Status | SONG Zhengfang | Military Service |  |
| Service Place | Miao Gang Cun Group 13 | Occupation | Tea Grower/Fruit Grower/Mulberry Planter |
| When and from Where Moved into this City |  |
| When and from Where Moved into the Current Address | March 5,1971 Group 3, Qian Xiang Cun, Nicheng Town |

**Household Register Stamp of Luchaogang Police Station**

Undertaker Signature:   5   Date of Registration: ___year___month___day

Translated from Chinese

## Registration Item Change and Correction Certificate

| Item | Changed into | Date of Change | Undertaker Signature |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
| 6 |  |  |  |

Non-agricultural Household

## Permanent Resident Registration

Date of Registration: August 31, 2007

| Name | WANG Jinyuan | Head of the Household, or Relationship with the Head of the Household | Son-in-law |
|---|---|---|---|
| Former Name(s) |  | Sex | Male |
| Place of Birth | Yiwu City, Zhejiang Province | Ethnicity | Han |
| Place of Origin | Yiwu City, Zhejiang Province | Date of Birth | May 26, 1968 |
| Other Address(es) in this City (County) |  | Religion |  |
| ID No. | 310104196805264056 | Height | 170 | Blood Type |  |
| Educational Level | Undergraduate (University) | Marital Status | SONG Qihong | Military Service |  |
| Service Place | Shanghai Bei Lian Food Co., Ltd. | Occupation |  | City, Neighborhood, Town |  |
| When and from Where Moved into this City |  |  |  |
| When and from Where Moved into the Current Address | August 31, 2007 Room 401, Unit 8, Lane 333, South Rui Jin Road |  |  |
|  | **Household Register Stamp of Luchaogang Police Station** |  |  |
| Undertaker Signature: | 7 | Date of Registration: ___year___month___day |  |

Translated from Chinese

## Registration Item Change and Correction Certificate

| Item | Changed into | Date of Change | Undertaker Signature |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
| 8 |  |  |  |

Non-agricultural Household

## Permanent Resident Registration

Date of Registration: August 31, 2007

| Name | SONG Qihong | Head of the Household, or Relationship with the Head of the Household | Daughter |
|---|---|---|---|
| Former Name(s) |  | Sex | Female |
| Place of Birth | Nanhui County, Shanghai | Ethnicity | Han |
| Place of Origin | Nanhui County, Shanghai | Date of Birth | January 12, 1970 |

**DEREGISTERED**

| Other Address(es) in this City (County) |  | Religion |  |  |
|---|---|---|---|---|
| ID No. | 310225197001125626 | Height | 150 | Blood Type |
| Educational Level | Undergraduate (University) | Marital Status | WANG Jinyuan | Military Service |
| Service Place |  | Occupation |  | Unemployed |
| When and from Where Moved into this City |  |  |  |  |
| When and from Where Moved into the Current Address | December 17, 2004 Room 102, Unit 29, Shang Lian First Village, Gaoqiao Town | | | |

**Household Register Stamp of Luchaogang Police Station**

| Undertaker Signature: | 9 | Date of Registration: ___year___month___day |
|---|---|---|

Translated from Chinese

## Registration Item Change and Correction Certificate

| Item | Changed into | Date of Change | Undertaker Signature |
|---|---|---|---|
| SONG Qihong deregistered her household registration due to settling abroad on July 5, 2024 | | | LIU Jinhua |
| | **Household Register Stamp of Luchaogang Police Station** | | |

10

Non-agricultural Household

## Permanent Resident Registration

Date of Registration: August 31, 2007

| Name | WANG Yufeng | Head of the Household, or Relationship with the Head of the Household | Grandson |
|---|---|---|---|
| Former Name(s) | | Sex | Female |
| Place of Birth | Pudong New Area, Shanghai | Ethnicity | Han |
| Place of Origin | Yiwu City, Zhejiang Province | Date of Birth | July 22, 1996 |
| Other Address(es) in this City (County) | | Religion | N/A |
| ID No. | 310115199607225630 | Height | | Blood Type | Unknown |
| Educational Level | Studying in Junior High School | Marital Status | Single | Military Service | |
| Service Place | Shanghai Bei Lian Food Co., Ltd. | Occupation | | Student | |
| When and from Where Moved into this City | | | |
| When and from Where Moved into the Current Address | August 31, 2007 Room 401, Unit 8, Lane 333, South Rui Jin Road | | |

**Household Register Stamp of Luchaogang Police Station**

Undertaker Signature:                 Date of Registration:  ___year___month___day

11

<u>Translated from Chinese</u>

[Other empty pages not translated.]