UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

CASE NAME:  USA v. QIHONG SONG

DOCKET NO:  1:24-mj-00244-JCN

PROCEEDING TYPE: Detention Hearing

## Exhibit List

| Gvt Exh No. | Dft Exh No. | Court Exh No. | Description | Date Mentioned | Date Offered | Obj | Date Admitted |
|---|---|---|---|---|---|---|---|
| | 1 | | Photograph | 7/31/2024 | 7/31/2024 | | 7/31/2024 |
| | 2 | | Photograph | 7/31/2024 | 7/31/2024 | | 7/31/2024 |
| | 3 | | Photograph | 7/31/2024 | 7/31/2024 | | 7/31/2024 |
| | 4 | | Photograph | 7/31/2024 | 7/31/2024 | | 7/31/2024 |
| | 5 | | Photograph | 7/31/2024 | 7/31/2024 | | 7/31/2024 |
| | 6 | | Photograph | 7/31/2024 | 7/31/2024 | | 7/31/2024 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |